IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSHUA A.D. HALL,

        Petitioner,

v.

ERIN REYES,

        Respondent.

No. 2:23-cv-00240-JE

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge John Jelderks issued a Findings and Recommendation on September 7, 2023, in which he recommends that the Court deny the Petition for Writ of Habeas Corpus, dismiss this matter with prejudice, and decline to issue a certificate of appealabilty on the basis that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). F&R, ECF 16. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Jelderks' Findings and Recommendation, 16. Accordingly, the Court denies the Petition for Writ of Habeas Corpus, ECF 2; dismisses this matter with prejudice; and declines to issue a certificate of appealabilty.

IT IS SO ORDERED.

DATED: __September 27, 2023__ .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER